IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON


JEROME HASSAN MACKEY,
:
      Petitioner/Defendant,
:
  vs.                                Case No. 3:08cv261
:                 3:04cr96
UNITED STATES OF AMERICA,
                                  JUDGE WALTER HERBERT RICE
      Respondent/Plaintiff.  :

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. #80) IN THEIR ENTIRETY; PETITIONER/DEFENDANT'S OBJECTIONS TO SAID JUDICIAL FILING (DOC. #81) OVERRULED; JUDGMENT TO BE ENTERED IN FAVOR OF RESPONDENT/PLAINTIFF AND AGAINST PETITIONER/DEFENDANT, DENYING AND DISMISSING PETITIONER/DEFENDANT'S PETITION TO VACATE SENTENCE, PURSUANT TO 28 U.S.C. SECTION 2255 (DOC. #74), WITH PREJUDICE; CERTIFICATE OF APPEALABILITY NOT ISSUED; ANTICIPATED MOTION FOR LEAVE TO APPEAL *IN FORMA PAUPERIS* DENIED; TERMINATION ENTRY

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendations filed September 16, 2009 (Doc. #80), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Objections of the Petitioner-Defendant (Doc. #81) are overruled.

Judgment will be ordered entered in favor of the Respondent-Plaintiff and against the Petitioner-Defendant, denying and dismissing his Motion to Vacate Sentence (Doc. #74), with prejudice.

Given that reasonable jurists would not disagree with this Court's decision herein and, further, that any appeal from this decision would be <u>objectively</u> frivolous, this Court denies both a Certificate of Appealability and an anticipated motion for leave to appeal *in forma pauperis.*

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

|  |  |
|---|---|
| March 5, 2010 | /s/ Walter Herbert Rice |
|  | WALTER HERBERT RICE |
|  | UNITED STATES DISTRICT JUDGE |

Copies to:

Jerome Hassan Mackey, Pro Se
Laura Clemmens, Esq.