# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,      :

     Plaintiff,        :     Case No. 3:04cr00096

vs.            :     District Judge Walter Herbert Rice
                       Chief Magistrate Judge Sharon L. Ovington

JEROME HASSAN MACKEY,    :

     Defendant.      :

---

## DECISION AND ENTRY

---

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #86), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and further noting that the time for any party to file objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendations filed on November 20, 2011 (Doc. #86) is ADOPTED in full;

2. Jerome Hassan Mackey's Motion for Leave of Court to File for Reconsideration of this Court's Denial of [his] Pro Se Motion to Vacate Judgment (Doc. #85) is GRANTED, in part, to the extent the Court has reconsidered the denial of his §2255 Motion, but is otherwise DENIED as lacking merit; and

3.    The case remains terminated on the docket of this Court.


_____
                    Walter Herbert Rice
                    United States District Judge